AO 102 (01/09) Application for a Tracking Warrant 

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Tracking of )
*(Identify the person to be tracked or describe* )
*the object or property to be used for tracking)* )
USPS PRIORITY MAIL PARCEL BEARING )  Case No.  2:22-mj-772
TRACKING NUMBER 9505 5138 2071 2337 3777 10 )
)

## APPLICATION FOR A TRACKING WARRANT

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of __21__ U.S.C. § __841__ . Therefore, in furtherance of a criminal investigation, I request authority to install and use a tracking device or use the tracking capabilities of the property or object described above to determine location. The application is based on the facts set forth on the attached sheet.

☑ The person, property, or object is located in this district.

☐ The person, property, or object is not now located in this district, but will be at the time of execution.

☐ The activity in this district relates to domestic or international terrorism.

☐ Other:

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

☑ evidence of a crime;

☐ property designed for use, intended for use, or used in committing a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ a person to be arrested or a person who is unlawfully restrained.

☑ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following vehicle or private property, or both:
USPS PRIORITY MAIL PARCEL BEARING TRACKING NUMBER 9505 5138 2071 2337 3777 10

☑ Delayed notice of  30  days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Justin D. Koble, US Postal Inspector
*Applicant's printed name and title*

Sworn to before me and signed in my presence.

Date: 12/5/2022

*Judge's signature*

City and state: Columbus, Ohio

Chelsey M. Vascura, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Justin D Koble, being first duly sworn, do state as follows:

### INTRODUCTION

1. I am a United States Postal Inspector with the United States Postal Inspection Service (USPIS) and have been so employed since July 2014. I am currently assigned to the Narcotics and Money Laundering Team at the USPIS's Columbus, Ohio field office. In this capacity, I am responsible for investigating the illegal use of the United States Mails for the purpose of transporting controlled substances such as methamphetamine, heroin, fentanyl, fentanyl-related analogs, cocaine, and other controlled substances, in violation of, among other statutes, Title 21, United States Code, Sections 841(a)(1) (manufacturing, distribution, or possession with the intent to manufacture or distribute a controlled substance), 843(b) (unlawful use of a communication facility in the commission of a crime), and 846 (drug conspiracy). In addition, I am responsible for investigating possible violations of Title 18, United States Code, Sections 1956 and 1957 (money laundering).

2. I have been involved in the investigation and discovery of drug contraband and drug proceeds on numerous occasions. I have personally been the affiant for search warrants that have resulted in the discovery of controlled substances and drug proceeds. My current assignment to the Columbus Processing and Distribution Center (P&DC) involves investigating the use of the U.S. Mails by drug traffickers, in which established drug package profiles, surveillance, and drug detection dogs, among other investigative tools, are utilized.

3. I have knowledge of the facts set forth in this Affidavit based on my own participation in this investigation as well as other sources identified herein.

### PURPOSE OF AFFIDAVIT

4. I am participating in an investigation concerning a drug trafficking organization (DTO) who are suspected of attempted possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841.

5. The facts set forth in this Affidavit are based on my personal knowledge, knowledge obtained during my participation in this investigation, knowledge obtained from other individuals, review of records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this Affidavit is submitted for the limited purpose of establishing probable cause in support of the Application for a search warrant, this Affidavit does not set forth each and every fact learned by me during the course of this investigation.

## FACTS ESTABLISHING PROBABLE CAUSE

6. On or about December 5, 2022, USPIS interdiction personnel in Columbus, Ohio interdicted the United States Priority Mail parcel bearing United States Postal Service ("USPS") tracking number 9505 5138 2071 2337 3777 10 (hereinafter referred to as the "SUBJECT PARCEL"), upon arrival at the USPS Reynoldsburg Main Post Office, 7185 East Main Street, Reynoldsburg, Ohio 43068. The SUBJECT PARCEL is addressed to "J. Horton, 2870 Arrowsmith. DR, Reynoldsburg, OH 43068" with a return address of "Tint & Audio Experts, 11545 Artesia Blvd, Artesia, Ca 90701". The SUBJECT PARCEL is a white, USPS Priority Mail size medium flat rate box measuring approximately 12" x 3 1/2" x 14 1/8" and weighing approximately 6 pounds, 15.6 ounces. The SUBJECT PARCEL was mailed from the USPS Bellflower Main Post Office, 9835 Flower Street, Bellflower, California 90706 on or about December 3, 2022, at approximately 1:18pm PST. The $17.05 in United States postage affixed to the SUBJECT PARCEL was paid for using cash.

7. On December 5, 2022, a federal search warrant authorizing the search and seizure of the SUBJECT PARCEL was signed in the Southern District of Ohio by the honorable Chelsey M. Vascura, United States Magistrate Judge. The search warrant was executed the same day.

8. The SUBJECT PARCEL was found to contain approximately 2,903 grams of a white crystalline substance which field tested positive for methamphetamine.

9. On or about December 5, 2022, law enforcement plans to conduct a controlled delivery of the SUBJECT PARCEL. The suspected methamphetamine will be removed from the SUBJECT PARCEL, leaving only a representative sample. The SUBJECT PARCEL will then be repackaged with a harmless substance resembling the appearance of methamphetamine and delivered to 2870 Arrowsmith Drive, Reynoldsburg, Ohio 43068. Agents plan to arrest individuals involved in the receipt of the SUBJECT PARCEL

10. Based on the foregoing facts, your Affiant requests authorization for US Postal Inspectors and/or task force officers to attach and maintain an electronic tracking device (GPS tracker) to the SUBJECT PARCEL and to monitor transmissions of the tracking devices when the SUBJECT PARCEL is in both public and private areas. The tracking device is necessary to enable agents to monitor the approximate location of the SUBJECT PARCEL to assist in the location and arrest of the subject/subjects receiving the controlled substance. Agents will monitor the tracking device for a period not to exceed forty-five days from its installation and activation.

11. In addition, your Affiant requests authorization for SUBJECT PARCEL to be fitted with an electronic transmitter, commonly referred to as a "beeper" for the purpose of notifying law enforcement personnel if the parcel has been opened and/or moved from the building. The electronic transmitter does not receive or transmit audio signals but is merely a tracking device to assist law enforcement in determining

if and when the parcel is opened or moved from the delivery location. Your affiant respectfully asks the court to authorize the use of the transmitter to assist in the controlled delivery.

_____

Justin D. Koble

United States Postal Inspector

Subscribed and sworn to before me this __5__ th day of December 2022

_____

Chelsey M. Vascura

United States Magistrate Judge